NUMBERS

13-03-019-CR

13-03-020-CR

13-03-021-CR

13-03-022-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


KENNETH WAYNE KRAUS , Appellant,



v.




THE STATE OF TEXAS, Appellee.

________________________________________________________________


On appeal from the 156th District Court 

of Live Oak County, Texas.

________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam


 Appellant, KENNETH WAYNE KRAUS , perfected appeals from judgments entered by the 156th District Court of Live
Oak County, Texas, in cause numbers L-02-0062-CR-B, L-02-0063-CR-B, L-02-0064-CR-B, and L-02-0065-CR-B . 
Appellant has filed a motion to dismiss the appeals. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that
appellant's motion to dismiss the appeals should be granted. Appellant's motion to dismiss the appeals is granted, and the
appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 5th day of June, 2003 .